IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARRY MILLER,

    Defendant.

ORDER

17-cr-82-wmc

---

The warrant for the arrest of Tosha Marie Olson, a/k/a Tosha M. Krueger, as a witness or material witness in a pending criminal case is now QUASHED.

Entered this 22nd day of May, 2018.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge

1